AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Frank Richard Beyer a/k/a "Rick Beyer,"<br><br>Defendant(s) | )<br>)<br>) Case No. 19-6556-Hunt<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Aug. 2018 through Nov. 20, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicholas Masters, FBI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/20/19

_____
Judge's signature

City and state: Fort Lauderdale, Florida

Patrick M. Hunt, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicholas P. Masters, a Detective with the Broward County Sheriff's Office, who is also sworn in as a Task Force Officer with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1. This affidavit is being submitted in support of a criminal complaint which charges **Frank Richard Beyer a/k/a "Rick Beyer"** with knowingly possessing visual depictions, in and affecting interstate and foreign commerce, of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

2. I have been employed by the Broward County Sheriff's Office ("BSO") since 2003, and have been a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") for approximately thirteen (13) years. I am currently assigned to the BSO Internet Crimes Against Children Unit ("ICAC") of the Strategic Investigations Division and a TFO on the Crimes against Children squad of the FBI's Miami Division. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including minor sex trafficking and child pornography violations. I received training on investigative techniques for these violations, including the use of surveillance, undercover activity, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography.

3. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. In or around April 2019, the South Florida ICAC received a Cybertip[1] from the National Center for Missing and Exploited Children ("NCMEC") concerning alleged child pornography discovered by Google[2] in the account of one of their subscribers. Your affiant was assigned to follow up on this Cybertip.

5. Your affiant and the South Florida ICAC have received many Cybertips from Google over the past six (6) years while assigned to the task force, and although not every tip resulted in an arrest, the information contained within the tips were found to be accurate and reliable. Google reported to NCMEC that one of their subscribers uploaded child pornography into their Google Account. The subscriber is identified by rickbefll@gmail.com.

6. The image is a file named IMG_0987.jpg. Your Affiant viewed the image which is described as follows:

> **File Name: IMG_0987.jpg**
> File Description: An image depicting a nude prepubescent male child that laying inside a tanning bed with an erect penis.

7. Upon further investigation, law enforcement learned that this Cybertip was linked to two (2) prior Cybertip Reports. Dropbox, Inc. ("Dropbox") had made the previous Cybertip reports, reporting that one of their users who utilized the email address "rickbefll@gmail.com" had uploaded

---

[1] Cybertips are investigative leads generated by the National Center for Missing and Exploited Children (NCMEC). NCMEC is a non-profit organization that provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (42 U.S.C. § 5773) NCMEC operates the Cybertipline and Child Victim Identification Programs to assist law enforcement in identifying victims of child pornography and child sexual exploitation. NCMEC works with law enforcement, Internet Service Providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC forwards reports of child sexual exploitation to law enforcement for the purposes of investigation and disposition.

[2] Under 18 U.S.C. § 2258A, any electronic communication service provider that obtains actual knowledge of any facts or circumstances from which a violation of federal child pornography laws is apparent must report the facts and circumstances to the CybertipLine at NCMEC. NCMEC then forwards the reported information to both state and federal law enforcement officials. 18 U.S.C. § 2258C. An internet service provider that fails to report such facts is subject to significant fines. 18 U.S.C. § 2258E.

2

child pornography to the Dropbox File Storage platform. Although Dropbox reported the user in or around August 2018 and again in or around October 2018, Dropbox only reported the user's Dropbox account user ID and email address. Since Dropbox did not include any internet protocol ("IP") addresses and/or any other identifiers that would assist with identifying the jurisdiction, the reports could not be assigned to the appropriate ICAC Task Force. Upon receipt of the aforementioned Google Cybertip Report, NCMEC was able to link the previous tips based on the similar email address. Although Dropbox reported twenty (20) files between the two Cybertip Reports, your affiant has described five of them as a sampling of the files that the user is transmitting and possessing/storing online:

> **File Name: Video Aug 31, 3 18 22 PM.mov**
> File Description: A video that is approximately 1 minute 59 seconds in duration that depicts a prepubescent male in a bathroom bending over and spreading his buttocks, lewdly exposing his anus. The child then sits in front of the camera with his legs spread wide open again spreading his buttocks.
>
> **File Name: Video Aug 31, 3 27 06 PM(1).mov**
> File Description: A video that is approximately 13 seconds in duration that depicts a prepubescent male child laying on his back while an adult male inserts his erect penis inside the child's anus. Another adult male who appears to be holding the camera then inserts his erect penis in the child's mouth.
>
> **File Name: Video Sep 02, 8 15 56 PM(1).mov**
> File Description: A video that is approximately 1 minute in duration that depicts a prepubescent male child performing oral sex on an another prepubescent male child. The child who received oral sexual then performed oral sex on the other child.
>
> **File Name: Video Sep 04, 7 49 25 PM.mov**
> File Description: A video that is approximately 1 minute 29 seconds in duration that depicts an adult male performing oral sex on a prepubescent male child.

The sampled videos were uploaded to Dropbox on or about September 11, 2017; however, Dropbox only discovered these videos in or around October 2018.

3

8. On or about July 9, 2019, your affiant obtained a state search warrant directing Google to produce the contents of the rickbefll@gmail.com email account. On or about July 30, 2019, Google complied with the search warrant and provided the requested records.

9. After reviewing the data provided by Google, which included subscriber records and email content, among other records, your affiant found several emails related to cloud storage services, including Dropbox. The subscriber name associated with the Google account was "Rick Beyer." Your affiant also found that the suspect utilizes a VPN service and/or cellular internet connections, which obscures where the target is located when he logs in, when he logged into his Google account. The data provided by Google also included the reported file (see Paragraph 6).

10. Based on your affiant's training and experience, there is a high likelihood that an individual who possesses and/or distributes child pornography through Dropbox is only in possession of the reported files. These offenders typically store numerous images and/or videos in their Dropbox accounts, in part, due to the two gigabytes (2GB) of free storage with the option to pay for additional storage.

11. While reviewing the Google account, your affiant also located an email from "Mega.nz," which is another cloud storage platform that is hosted outside of the United States and fully encrypted. Mega.nz has been recently been identified by ICAC Investigators as a place that is utilized by subjects who are attempting to store child pornography and benefit from the encryption provided. The email from Mega.nz was dated November 6, 2018 with the following subject line: "MEGA Final Warning – Objectionable Content." The body of the email stated:

> Recently your account was found to contain copies of files that were reported to us as being objectionable under Section 3(1)(A) of the New Zealand Films, Videos, and Publications Classification Act 1993. In particular, this relates to depictions of sexual conduct with or by children, or young persons (Section 3(3)(a)(iv)), which is an offence carrying potentially lengthy prison sentences in our and your jurisdiction.

4

> We have removed from your account the copies of such files that were reported to us. To prevent your account from receiving a second strike that will lead to its IMMEDIATE AND PERMANENT closure and potential further consequences for you, you MUST remove ALL objectionable material from your account IMMEDIATELY and refrain from EVER adding any of it again in the future.

This message leads your affiant to believe that Beyer was not only utilizing the Google and Dropbox platforms to store child pornography, but was also utilizing Mega.nz. After locating the above email, your affiant requested subscriber data via email from Mega.nz. The subscriber data for Mega.nz showed that the email account rickbefll@gmail.com is a paid "PRO" account for Mega.nz, which was currently utilizing over two hundred gigabytes (200GB) of storage of the one terabyte (1TB) limit. The records also revealed that the account had been paid for through the Apple Store on or about September 16, 2019. The records also included IP logs, which showed a recent connection on or about October 7, 2019, at approximately 01:34 UTC from the IP address of 23.31.42.226. A search of the American Registry of Internet Numbers (ARIN) revealed that Comcast owns the IP address.

12. Additional emails in the rickbefll@gmail.com account included order confirmations from Amazon.com and Spigen.com, which both included shipping addresses to Beyer's residence in Fort Lauderdale, Florida. There were also several emails in reference to medical explanation of benefits, addressed to Frank Beyer. Your affiant also observed an email from ExpressVPN customer service, which was in response to a password reset request.

13. On or about October 16, 2019, your affiant obtained a subpoena for records associated with the above-mentioned IP address and served the subpoena to Comcast. The next day, Comcast provided the subscriber and billing address. Based upon the subpoena response, it appears that all of the residents in Beyer's condominium complex utilize the same IP address for internet connectivity.

14. Law enforcement confirmed that Frank Richard Beyer (DOB: XX/XX/1944), has a Florida Driver's license consistent with the shipping address from Amazon.com and Spigen.com (see Paragraph 12). Beyer has two vehicles registered to him: a 2017 Silver BMW SUV and a 2008 Green BMW Convertible. On or about October 7, 2019, your affiant conducted surveillance of Beyer's

condominium complex and found both of his registered vehicles parked in the parking lot. Your affiant also observed the front door to Beyer's apartment. On or about October 8, 2019, your affiant again found both vehicles parked in the same parking spaces, which appear to be assigned parking for residents. On or about October 10, 2019, another officer conducted surveillance of the complex and observed both of Beyer's vehicles parked in the same assigned parking spaces. Based upon the positioning of the silver BMW SUV, it appeared that the vehicle had been moved between on or about October 8, 2019, and on or about October 10, 2019.

15. On or about October 15, 2019, your affiant obtained a search warrant for the contents of the Dropbox account listed in the Cybertip reports.

16. On or about October 25, 2019, Dropbox complied with the search warrant and provided the contents of the reported Dropbox account. The subscriber details identify the owner of the Dropbox account as "Rick Beyer." Dropbox also provided additional information regarding the devices linked to the account and/or have accessed the account, including a MacBook Pro, iPad 5 and iPad 6. Dropbox also included a spreadsheet titled file_activity.xlsx, which shows the activity of files that were "added" and "deleted" from the account between in or around September 2017 through in or around August 2018. Upon reviewing the listed file names there are several file names which are indicative of child pornography to include:

- Chinese Little Boy Like 11yo Was Fucked By Man. Insert Ass And Cum On Face Screaming And Crying.avi
- [boy+man] Scott 11yo and man.MPG
- _Gay Teen 15Yo Boys Orgy (Drinking Boys Drunk Orgy).avi
- Jerk off after school 14yo cums on table.mp4

17. In addition to the child pornography files that were reported in the previously described Cybertip reports, the account contained an additional twelve (12) files (videos and images) depicting prepubescent boys engaging in explicit sexual conduct with adults and/or other children, or are engaging in the lascivious exhibition of their genitals.

6

18. On or about October 27, 2019, Mega.nz contacted your affiant, who advised me that the user rickbefll@gmail.com contacted them in reference to his suspended account. The user provided an additional email account of rickbe@aol.com, which they confirmed was linked to another Mega.nz cloud account.

19. On or about November 18, 2019, your affiant obtained a search warrant, in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, for Beyer's residence, located in Fort Lauderdale, Florida.

20. On or about November 20, 2019, law enforcement executed the search warrant and made contact with Beyer, who was the sole occupant and resident of the apartment unit. Law enforcement advised Beyer of his *Miranda* rights, which he waived. During the post-*Miranda* interview, Beyer admitted ownership of the rickbefll@gmail.com and rickbe@aol.com. He also admitted utilizing services such as Dropbox, Google, Apple iCloud, Mega.nz, Wickr, and WhatsApp. He also admitted to paying for and using a Virtual Private Network ("VPN"), which offered through ExpressVPN, as well as the free version of LastPass for password management. Your Affiant questioned Beyer regarding the types of files that would be stored on DropBox and Mega.nz; however, Beyer stated that he did not want to discuss that information without speaking to his attorney first.

21. During the search of the residence, law enforcement located several pieces of external storage media, specifically two (2) SanDisk 256GB USB Drives. Law enforcement conducted an on-scene forensic preview and found that the SanDisk USB Drive with a serial number ending with 160Z, contained videos depicting children under the age of eighteen (18) engaged in sexual acts and/or poses consistent with child pornography. Your affiant has reviewed a sampling of the files located on the SanDisk USB Drive, which are described below:

7

**File Name: IMG_1395.MOV**
File Description: The file is approximately 10 minutes and 07 seconds in duration and depicts a prepubescent male child performing oral sex on an adult male.

**File Name: IMG_1117.MOV**
File Description: The file is approximately 2 minutes and 27 seconds in duration and depicts a prepubescent male child performing oral sex on an adult male.

**File Name: IMG_1300.MOV**
File Description: The file is approximately 10 minutes and 46 seconds in duration and depicts a prepubescent male child that masturbating with an adult male and then performing oral sex on the adult male.

In addition to the aforementioned files that appeared to depict child pornography, law enforcement personnel observed several other images stored on the hard drive that appeared to depict child pornography.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of **Frank Richard Beyer a/k/a "Rick Beyer"** for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

_____
Nicholas P. Masters, Detective/TFO
Broward Sheriff's Office
Federal Bureau of Investigation

Sworn and subscribed before me this 20th day of November, 2019.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE